1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WEBB, | ) Case No. CV 12-8646 ABC (MRW) |
| Petitioner, | ) |
| vs. | ) JUDGMENT |
| LINDA T. McGREW, Warden, | ) |
| Respondent. | ) |
| _____ | ) |

Pursuant to this Court's Order,

IT IS ADJUDGED that the petition is denied and this action is dismissed with prejudice.

DATE: December 21, 2012

_Audrey B. Collins_

_____
HON. AUDREY B. COLLINS
UNITED STATES DISTRICT JUDGE